1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAI VANG,

11          Plaintiff,                    No. CIV S-09-1621 MCE DAD PS

12       vs.

13   LUELLA HUDSON, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff is proceeding pro se with the above-entitled action.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

18          On March 16, 2010, the magistrate judge filed findings and recommendations

19   herein which were served on the parties and which contained notice to the parties that any

20   objections to the findings and recommendations were to be filed within seven days after being

21   served with the findings and recommendations.  The seven-day period has expired, and no party

22   has filed an objection to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed March 16, 2010 (Doc. No. 41) are

3    adopted in full;

4        2.  Defendant SHRA's June 17, 2009 motion to dismiss (Doc. No. 5) is granted;

5        3.  Plaintiff's claims against defendant SHRA are dismissed with prejudice, and

6    defendant SHRA is dismissed from this action; and

7        4.  This action shall proceed only on plaintiff's claims against defendant Hudson

8    and defendant City Building Code Enforcement Department.

9

  Dated:  April 2, 2010

10

11                                        MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2